No. 01–1756.   SWINDELL *v.* FLORIDA EAST COAST RAILWAY CO. C. A. 11th Cir.   Certiorari denied.

No. 01–1758.   HILT-DYSON *v.* CITY OF CHICAGO.   C. A. 7th Cir. Certiorari denied.

No. 01–1759.   PICCIOTTO *v.* SIKORA, ASSOCIATE JUSTICE, SUPERIOR COURT, SUFFOLK COUNTY SUPERIOR COURT.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 01–1760.   MENDONCA *v.* WINTERSEN.   C. A. 1st Cir.   Certiorari denied.

No. 01–1761.   COOPER TIRE & RUBBER CO. *v.* TUCKIER.   Sup. Ct. Miss.   Certiorari denied.

No. 01–1762.   DAWAVENDEWA *v.* SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 01–1763.   CALIFORNIA INTERSCHOLASTIC FEDERATION ET AL. *v.* BARRIOS.   C. A. 9th Cir.   Certiorari denied.

No. 01–1764.   DAVIDSON *v.* ARKANSAS.   Ct. App. Ark.   Certiorari denied.

No. 01–1767.   BAKER ET UX. *v.* POWELL MOUNTAIN COAL CO. Sup. Ct. Va.   Certiorari denied.

No. 01–1768.   ANSARI *v.* DIAMOND PATH HOMEOWNERS' ASSN. ET AL.   Ct. App. Minn.   Certiorari denied.

No. 01–1770.   HEMPHILL *v.* MCNEIL-PPC, INC.   C. A. Fed. Cir. Certiorari denied.

No. 01–1771.   JUST *v.* MULLEN.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 01–1772.   KEN ROBERTS CO. ET AL. *v.* FEDERAL TRADE COMMISSION.   C. A. D. C. Cir.   Certiorari denied.